**Order entered January 22, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00092-CR

**SYED SARTAJ NAWAZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81120-2017**

## ORDER

Before the Court is the State's motion for extension of time to file its brief and the State's motion to exceed the word-count limit in its brief. We **GRANT** both motions, and the brief tendered by the State on January 17, 2020 is **ORDERED** filed as of the date of this order.

/s/     LANA MYERS
PRESIDING JUSTICE